# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

BRYAN CLAYTON ROBERTS

CIVIL ACTION NO. 12-2775-P

VERSUS

JUDGE WALTER

LEON L. EMANUEL, III., ET AL.

MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding his criminal conviction are **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the Heck conditions are met. **IT IS FURTHER ORDERED** that Plaintiff's remaining civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 20 day of _____May_____ 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE